**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Gary MEZZANATTO, Defendant–
Appellant.**

**No. 92–50261.**

United States Court of Appeals,
Ninth Circuit.

Decided May 22, 1995.

Before: WALLACE, Chief Judge,
SNEED and HALL, Circuit Judges.

**ORDER**

Pursuant to the Supreme Court's decision in *United States v. Mezzanatto,* —— U.S. ——, 115 S.Ct. 797, 130 L.Ed.2d 697 (1995), we affirm the judgment of the district court.